FRANOLICH v. METROPOLITAN EXPRESS CO.

(Supreme Court, Appellate Term. November 10, 1904.)

1. NEGLIGENCE—INJURIES—NONSUIT.

Where plaintiff was injured by a team, and there was some evidence that such team belonged to defendant, the fact that the wagon was partially on the sidewalk at the time was a circumstance from which negligence might be inferred, and the granting of a nonsuit was error.

Appeal from Municipal Court, Borough of Manhattan, Fourth District.

Action by Jachino Franolich against the Metropolitan Express Company. From a Municipal Court judgment dismissing the complaint, plaintiff appeals. Reversed.

Argued before FREEDMAN, P. J., and BISCHOFF and FITZGERALD, JJ.

R. Maggio, for appellant.
R. G. Miller, for respondent.

PER CURIAM. There was some evidence tending to establish the fact that the horses and wagon which caused plaintiff's injuries belonged to the defendant. The fact that the wagon was partially upon the sidewalk was a circumstance from which negligence might naturally be inferred, and the granting of the motion

for a nonsuit was error. Rehberg v. The Mayor, 91 N. Y. 137, 43 Am. Rep. 657.

Judgment reversed and a new trial ordered, with costs to appellant to abide the event.